IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AMY ROLLS, Personal Representative of the Estate of JASON ROLLS, | CV-16-51-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| SWIFT MANUFACTURING COMPANY, INC., | |
| Defendant | |

The Court has been informed that this case has settled after a settlement conference held on July 11, 2017. Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **August 11, 2017**, or show good cause for their failure to do so.

DATED this 11th day of July, 2017.

_____
Brian Morris
United States District Court Judge